**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 98-31157
Summary Calendar

CRAIG SAMOUR,

Plaintiff - Appellant,

v.

LOUISIANA CASINO CRUISES, INC.; GREG S BROWN; JOSEPH JAMISON,

Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Louisiana
(96-CV-3154)

September 30, 1999

Before DAVIS, EMILIO M. GARZA and DENNIS, Circuit Judges.

PER CURIAM:*

     We have examined the record in this case and are not persuaded that the district court has committed reversible error. We AFFIRM.

---

     *Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.